# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2024

## NO. 03-21-00198-CR

**Ex parte Gary Griffin**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE SMITH
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the order denying habeas corpus relief entered by the trial court. The Court's opinion and judgment dated December 8, 2023 are withdrawn and the following opinion and judgment are substituted in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.